UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIAVASH VAFAEI,

Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC., et al.,

Defendants.

Case No. 17-cv-07280-DMR

**ORDER TO SHOW CAUSE**

Defendants Bank of New York Mellon and Select Portfolio Servicing, Inc. filed a motion to dismiss and motion to strike on February 27, 2018. [Docket Nos. 11, 12.] Currently, the motions are set for a court hearing on February 12, 2018. Plaintiff Siavach Vafaei is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any briefs in opposition to Defendants' motions by March 13, 2018. *See* Civ. L.R. 7-3(a). The court has received no such opposition briefs.

**The court ORDERS Plaintiff to respond by March 26, 2018 and explain his failure to respond to the motion.** In addition, Plaintiff must simultaneously (1) submit his oppositions to the court or (2) file a statement of non-opposition to the motions. This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by March 26, 2018, Defendants' motions may be granted or the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendants shall file a reply or replies, if any, to Plaintiff's oppositions no later than April 3, 2018.

**IT IS SO ORDERED.**

Dated: March 19, 2018

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAVASH VAFAEI,<br>Plaintiff,<br>v.<br>SELECT PORTFOLIO SERVICING, INC., et al.,<br>Defendants. | Case No. 4:17-cv-07280-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Siavash Vafaei
5121 Concord Blvd.
Concord, CA 94521

Dated: March 19, 2018

Susan Y. Soong
Clerk, United States District Court

By:______________________
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

United States District Court
Northern District of California