UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAVASH VAFAEI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-07280-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On July 25, 2018, the court granted Defendants' motion to dismiss and ordered Plaintiff Siavash Vafaei to file an amended complaint by no later than August 8, 2018. [Docket No. 22.] Plaintiff has not filed an amended complaint. Accordingly, the court ORDERS Plaintiff to respond by August 24, 2018 and explain why this case should not be dismissed for failure to prosecute. Failure to respond by August 24, 2018 may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: August 13, 2018

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIAVASH VAFAEI,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., et al.,<br><br>    Defendants. | Case No. 4:17-cv-07280-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Siavash Vafaei
5121 Concord Blvd.
Concord, CA 94521

Dated: August 13, 2018

                                                  Susan Y. Soong
                                                Clerk, United States District Court

                                                By:_____
                                                Ivy Lerma Garcia, Deputy Clerk to the
                                                Honorable DONNA M. RYU